UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

JOHN DOE,

SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/21

                Plaintiff,

-against-                                        21-cv-2806 (LAK)

MICHAEL McSWEENEY in his official capacity as
Clerk of the City of New York,

                Defendant.

------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The plaintiff, an individual who "wishes to make a proposal of marriage . . . to" one of the plaintiff's biological parents, here seeks (1) a declaration that Section 255.25 of the New York Penal Law, which makes incestuous marriages unlawful, and Section 5 of the New York Domestic Relations Law, which voids incestuous marriages and imposes criminal penalties on participants, are unconstitutional, and (2) an injunction against the City Clerk barring him from enforcing them.

        The City Clerk moves to dismiss the complaint for lack of standing and failure to state a claim upon which relief may be granted. The motion to dismiss [Dkt 15] is granted, largely for the reasons set forth in the defendant's papers.

        The Clerk shall enter judgment and close the case.

        SO ORDERED.

Dated: September 11, 2021

                                                                   Lewis A. Kaplan
                                                                United States District Judge