**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JOHN DOE,

                Plaintiff,                    21 **CIVIL** 2806 (LAK)

       -against-                        **JUDGMENT**

MICHAEL McSWEENEY, in his official capacity
As Clerk of the City of New York

                Defendant.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 11, 2021, the motion to dismiss Dkt. 15 is granted, largely for the reasons set forth in the defendant's papers.

**Dated:** New York, New York
         September 13, 2021

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                   **Clerk of Court**
                                  **BY:**
                                                          **Deputy Clerk**